IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00386-WYD-KLM

NORTHGATE VILLAGE, LLC,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order [ECF 20] to Extend Discovery Cutoff, Dispositive Motions Deadline, and Deadline for Rebuttal Expert Disclosures** [#22] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The deadline for rebuttal expert disclosures is extended to **September 23, 2015**. The discovery cutoff is extended to **November 20, 2015**. The dispositive motions deadline is extended to **December 2, 2015**.

    Dated: September 9, 2015