IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00386-WYD-KLM

NORTHGATE VILLAGE, LLC,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Motion for Protective Order [#25]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#25-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 13, 2015