IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00386-WYD-KLM

NORTHGATE VILLAGE, LLC,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order [ECF 20] to Extend Discovery Cutoff and Dispositive Motions Deadline** [#29] (the "Motion to Amend") and on the Senior Judge's **Minute Order** [#32] granting the parties' request for a Settlement Conference.

    IT IS HEREBY **ORDERED** that the Motion to Amend [#29] is **GRANTED**. The discovery cutoff is extended to **November 20, 2015**. The dispositive motions deadline is extended to **December 2, 2015**.

    IT IS FURTHER **ORDERED** that, **on or before November 23, 2015**, the parties shall jointly call Chambers at **303-335-2770** in order to find a mutually-convenient date on which to hold a Settlement Conference.

    Dated: November 17, 2015