IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-0386-WYD-KLM

NORTHGATE VILLAGE, LLC,

	Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

	Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

	THIS MATTER is before the Court on the Parties' Stipulated Motion for Dismissal of All Claims With Prejudice (ECF No. 37), filed on January 21, 2016.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs.  The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

	ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Hartford Casualty Insurance Company.  The Clerk of the Court is directed to close this case.

	Dated: January 22, 2016.

				BY THE COURT:

				s/ Wiley Y. Daniel
				Wiley Y. Daniel
				Senior United States District Judge